UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                              Criminal No. 14-05 (JNE/TNL)
                                                  ORDER

Alexander Faulkner,

      Defendant.

In a Report and Recommendation dated June 20, 2014, the Honorable Tony N. Leung, United States Magistrate Judge, recommended that Defendant's motions to dismiss the indictment and to suppress evidence be denied. Defendant objected. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Defendant's Motion to Dismiss Indictment [Docket No. 43] is DENIED.

2.     Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 23] and Amended Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 42] are DENIED.

3.     To the extent it requests suppression of evidence, Defendant's Supplemental Motion to Suppress and Request for *Franks* Hearing [Docket No. 39] is DENIED.

Dated: July 10, 2014

                                                                         s/Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                        United States District Judge